

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00113-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellant

v.

Ernest **VALDEZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-12244
Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on March 26, 2020. On April 7, 2022, this court notified Ms. Blanca Espericueta, the court reporter responsible for preparing the record, that the record was late. Ms. Espericueta was instructed to file a notification of late record no later than ten days from the date of our notification if the reporter's record had not been filed because the fee for its preparation had not been paid. Otherwise, Ms. Espericueta was instructed to file the reporter's record no later than thirty days from the date of our notification. On April 18, 2022, Ms. Espericueta filed a notification of late record stating that, due to her additional duties, she needed additional time in which to file the record. Ms. Espericueta estimated the record would be complete within thirty to sixty days. We granted the request in part and ordered Ms. Espericueta to file the reporter's record no later than May 9, 2022.

On May 17, 2022, Ms. Espericueta filed another notification of late record requesting a forty-five-day extension until June 23, 2022. The request is GRANTED, and Ms. Espericueta is ORDERED to file the reporter's record **no later than June 23, 2022**. **Further requests for an extension of time are disfavored.**

If the reporter's record is not filed with this court by June 23, 2022, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must comply with the following requirements:
- describe the transcript by day with the date, description, page counts, and remarks for each day;

- list the page counts for the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.
- The report may describe any unusual aspects of the record.

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.



_Michael A. Cruz_

Michael A. Cruz,
Clerk of Court